

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name: Tamika Chelsea Harris, as HOA Board Member, Eliza Molina as HOA Board Member, and Mittie Wilson, as HOA Board Member v. Blue Creek (Houston) Homeowners' Association, Inc.

Appellate case number: 01-20-00113-CV

Trial court case number: 2019-47627

Trial court: 151st District Court of Harris County

Appellants' emergency motion for a stay of the trial court proceedings is **denied.**

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                    Acting individually

Date: February 11, 2020